[No. 952-2. Division Two. October 29, 1973.]

CLARENCE W. JOHNSON, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-

ston County, No. 46721, Robert J. Bryan, J., entered September 27, 1972. *Affirmed* by unpublished per curiam opinion.